E-FILED-5/3/18

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROBERT IRISH, INDIVIDUALLY AND DOING BUSINESS AS FURNITURE SALES AGENTS, INC., <br><br>Plaintiff,<br><br>vs.<br><br>MAGNUSSEN HOME FURNISHINGS, INC., LIVING SPACES STORES, INC., AND DOES 1-20, INCLUSIVE,<br><br>Defendant. | CASE NO. 2:17-cv-00515-PSG-KS [Assigned to the Hon. Philip S. Gutierrez, Courtroom 6A]<br><br>[~~PROPOSED~~] JUDGMENT<br><br>Judge: Hon. Philip S. Gutierrez<br>Date: April 30, 2018<br>Time: 1:30 p.m.<br>Crtrm.: 6A<br><br>Action Filed: April 25, 2016<br>Trial Date: May 29, 2018 |

After consideration of the papers in support of and in opposition to defendant, MAGNUSSEN HOME FURNISHINGS, INC.'s ("Defendant") Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment ("Motion for Summary Judgment"), and finding the appropriate for decision without oral argument, the Court orders summary judgment in favor of Defendant as follows:

**IT IS ORDERED AND ADJUDGED THAT:**

1. Defendant's Motion for Summary Judgment is granted in its entirety in favor of Defendant MAGNUSSEN HOME FURNISHINGS, INC. for the factual and legal reasons set forth in the this Court's Order granting Defendant's Motion for



4832-4872-6628.1

[PROPOSED] JUDGMENT

Summary Judgment dated and filed on April 24, 2018 (Dkt. #49), as well as the evidence submitted by the Defendant in support of its Motion.

2. Judgment is hereby entered in favor of Defendant and against plaintiff, ROBERT IRISH, INDIVIDUALLY AND DOING BUSINESS AS FURNITURE SALES AGENTS, INC. ("Plaintiff") on all of the claims, causes of action, and damages alleged in this lawsuit and the entire action is dismissed with prejudice on the merits.

3. Plaintiff shall take nothing by this action.

4. Defendant is deemed the prevailing party for all purposes.

5. Costs are to be awarded to Defendant in the amount to be determined by application to the Clerk of the Court pursuant to Rule 54 of the Federal Rules of Civil Procedure and Local Rule 54-1, et seq.

DATED: 5/2/, 2018

**PHILIP S. GUTIERREZ**

Hon. Philip S. Gutierrez, District Judge
UNITED STATES DISTRICT COURT,
CENTRAL DISTRICT OF CALIFORNIA